**94–112.** May v. Bowland. *Hamilton County*, No. C–930870. Reported at 69 Ohio St.3d 1407, 629 N.E.2d 1369. On motion for rehearing. Rehearing denied.

**94–138.** Clark–Rubin v. Ohio State Univ. Hosp., Inc. *Franklin County*, No. 93AP–342. Reported at 69 Ohio St.3d 1409, 629 N.E.2d 1370. On motion for rehearing. Rehearing denied.
PFEIFER, J., dissents.

**94–186.** Dzeba v. Dzeba. *Summit County*, No. 16225. Reported at 69 Ohio St.3d 1414, 630 N.E.2d 376. On motion for rehearing. Rehearing denied.

**94–277.** Weaver Workshop & Support Assn. v. Summit Cty. Bd. of Mental Retardation & Developmental Disabilities. *Summit County*, No. 16176. Reported at 69 Ohio St.3d 1407, 629 N.E.2d 1369. On motion for rehearing. Rehearing denied.
F.E. SWEENEY and PFEIFER, JJ., dissent.

**94–357.** State ex rel. Cruse v. Ohio Adult Parole Auth. In Mandamus. Reported at 69 Ohio St.3d 1408, 629 N.E.2d 1369. On motion for rehearing. Rehearing denied.

**94–359.** State ex rel. Boyd v. Tandy Corp. In Mandamus. Reported at 69 Ohio St.3d 1413, 630 N.E.2d 375. On motions for rehearing, for judgment, to set aside, for findings of fact, and to expedite. Motions denied.

**94–440.** State v. Hamilton. *Summit County*, No. 14177. Reported at 69 Ohio St.3d 1414, 630 N.E.2d 375. On motion for rehearing. Rehearing denied.

# DISCIPLINARY DOCKET

**92–1391.** Dayton Bar Assn. v. Susser. On motion for relief from judgment. Motion denied.